UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-21948-CIV-GOLD/WHITE

PRESSLEY B. ALSTON,

      Plaintiff,

v.

FRANK TASSONE, JR.,

      Defendant.

_____/

<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS</u>
<u>AS TO TRANSFER TO CORRECT VENUE [DE 5]; DIRECTING CLERK TO</u>
<u>TRANSFER ACTION</u> ; *Closing Case* (AG)

THIS CAUSE is before the Court upon Magistrate Judge White's Report and

Recommendations ("the Report") **[DE 5]** on Plaintiff's motion to proceed *in forma pauperis*

status **[DE 4]**. No objections were timely filed.

On June 14, 2010, Plaintiff filed a *pro se* § 1983 complaint alleging that he received

ineffective assistance of counsel in the Fourth Judicial Circuit Court in Jacksonville, Florida

**[DE 1]**. As Judge White correctly noted, the appropriate venue provision in this case is 28

U.S.C. § 1391(b), which provides, in relevant part, that a case "not based on diversity of

citizenship should be brought in the judicial district where any defendant resides or where

a substantial part of the events or omissions giving rise to the claim occurred or a

substantial party of property that is the subject of the action is situated." Here, there is no

indication where the defendant resides, and the events/omissions giving rise to Plaintiff's

claim took place in the Middle District of Florida. Thus, I agree with Judge White's

recommendation that this case should be transferred to the United States District Court for

the Middle District of Florida, pursuant to 28 U.S.C. § 1406(a). Accordingly, it is hereby

ORDERED AND ADJUDGED:

1.   The Report **[DE 5]** is AFFIRMED AND ADOPTED IN PART.

2.   The Clerk is directed to TRANSFER this action to the Middle District of Florida.

3.   Plaintiff's motion for *in forma pauperis* status **[DE 4]** is dismissed as moot for

purposes of the Southern District of Florida.

4.   This Case is Closed.

DONE AND ORDERED in Chambers at the United States District Courthouse,

Miami, Florida, this __20__ day of July, 2010.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

cc:
Magistrate Judge Patrick A. White
All Counsel of Record

Pressley B. Aslton, *pro se*
0-709795
Union Correctional Institute
Raiford, FL
Address of record